UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVADA FLEET LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDEX CORPORATION,<br><br>    Defendant. | No. 2:17-cv-01732-TLN-KJN<br><br>**ORDER** |

This matter is before the Court on Plaintiff Nevada Fleet LLC's ("Plaintiff") Motion for Leave to File First Amended Complaint. (ECF No. 11.) Although initially opposed, Defendant FedEx Corporation "no longer opposes" the motion. (ECF No. 16.) Accordingly, the Court hereby GRANTS Plaintiff's Motion for Leave to File First Amended Complaint.

IT IS SO ORDERED.

Dated: April 9, 2018

Troy L. Nunley
United States District Judge