1 | Craig E. Lindberg, Esq. (Bar No. 150778)
2 | 2601 Main Street
Western Region Headquarters
3 | Irvine, CA 92614
Telephone: (949) 862-4678
4 | Facsimile: (901) 492-5641
craig.lindberg@fedex.com

5 | Joshua A. Hillis, Esq. *(Pro Hac Vice)*
3620 Hacks Cross Rd., Bldg. B, 3rd FL
6 | Memphis, TN 38125
Telephone: (901) 434-5134
7 | Facsimile: (901) 434-9279
joshua.hillis@fedex.com

Attorneys for Defendants
FEDEX CORPORATION and
FEDERAL EXPRESS CORPORATION

# UNITED STATES DISTRICT COURT OF CALIFORNIA

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVADA FLEET LLC, a Nevada Limited Liability Company,, <br><br> Plaintiff, <br><br> v. <br><br> FEDEX CORPORATION; FEDERAL EXPRESS CORPORATION; and DOES 2-50, inclusive, <br><br> Defendants. | Case No.: 2:17-cv-01732-TLN-KJN <br><br> JUDGE: HON. TROY L. NUNLEY <br><br> **ORDER GRANTING STIPULATION EXTENDING TIME FOR DEFENDANTS FEDEX CORPORATION AND FEDERAL EXPRESS CORPORATION TO ANSWER FIRST AMENDED COMPLAINT** <br><br> Date Action Filed: August 18, 2017 <br> Trial Date: Not Set |

The Court has before it the Defendants' Stipulation for extension of time to answer Plaintiff's First Amended Complaint. Having considered the Stipulation, the Court is of the opinion it should be GRANTED.

It is therefore ORDERED that Defendants shall have until May 11, 2018, to answer or otherwise respond to the Plaintiff's First Amended Complaint.

FEDERAL EXPRESS CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

1274493 (60-16517) -1- 2:17-cv-01732-TLN-KJN
ORDER GRANTING STIPULATION EXTENDING TIME FOR DEFENDANTS FEDEX CORPORATION AND FEDERAL EXPRESS CORPORATION TO ANSWER FIRST AMENDED COMPLAINT

Dated: May 7, 2018

_____
Troy L. Nunley
United States District Judge

1274493 (60-16517) -2- 2:17-cv-01732-TLN-KJN
ORDER GRANTING STIPULATION EXTENDING TIME FOR DEFENDANTS FEDEX CORPORATION AND FEDERAL EXPRESS CORPORATION TO ANSWER FIRST AMENDED COMPLAINT

FEDERAL EXPRESS
CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614