# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVADA FLEET LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>FEDEX CORP., et al.,<br><br>  Defendants. | No. 2:17-cv-01732-TLN-KJN<br><br>**ORDER DENYING DEFENDANTS' EX PARTE REQUEST FOR A STATUS CONFERENCE** |

Defendants FedEx Corporation and Federal Express Corporation ("Defendants") ex parte request a status conference to address scheduling mediation. (ECF No. 43 at 1.) Defendants note all parties expressed an interest in mediation before the end of 2018 in their Joint Status Report, but they have been unable to schedule mediation. (ECF No. 43 at 1) (citing ECF No. 32 at 8). Further, Defendants state a status conference would help them resolve a discovery issue. (ECF No. 43 at 1.) Defendants state that on October 29, 2018, Nevada Fleet LLC "issued numerous subpoenas…requesting documents covering a ten-year period, even though the allegations in the Amended Complaint focus on transactions taking place in 2017." (ECF No. 43 at 1.) Defendants note the discovery deadline in this matter is February 15, 2019. (ECF No. 43 at 1.)

The Court will not schedule a status conference at this time.

If the parties wish to attend the Eastern District's Voluntary Dispute Resolution Program ("VDRP"), they should complete and submit the VDRP Stipulation provided in the Civil New

1

Case Documents, (ECF No. 4-2 at 1–2.). When a VDRP stipulation is docketed, the Court will refer the parties to VDRP which will facilitate both scheduling mediation and the mediation.

Concerns related to the size and scope of discovery may be addressed with the magistrate judge assigned to this matter, Magistrate Judge Kendall J. Newman.

If a party wishes to move for a change in litigation deadlines, the party should file a properly noticed motion.

Finally, Defendants note "a fully-briefed and potentially fully-dispositive Motion for Judgment on the Pleadings that FedEx submitted in September 2018," is pending before the Court. The parties can consent to the jurisdiction of a magistrate judge to conduct all further proceedings. The Magistrate Judge's availability may be more accommodating than this Court's, which must prioritize criminal and older civil cases. *See* An Important Letter to Congress from the Judges of the Eastern District of California Regarding Our Caseload Crisis (June 19, 2018), http://www.caed.uscourts.gov/CAEDnew/index.cfm/news/important-letter-re-caseload-crisis/. The consent form is available in the parties' Civil New Case Documents, (ECF No. 4-1 at 1–2).

Dated: December 10, 2018

_____
Troy L. Nunley
United States District Judge