Kathleen Gallagher, SBN 249062
Lauren Jones, SBN 293002
Tanya Harris, SBN 300726
GALLAGHER JONES LLP
2945 Ramco Street, Suite 110
West Sacramento, California 95691
Telephone: 916.226.4470
Facsimile: 916.226.4471

Attorneys for **Plaintiff,**
**NEVADA FLEET LLC**

UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVADA FLEET LLC, a Nevada Limited Liability Company<br><br>Plaintiff,<br><br>v.<br><br>FEDEX CORPORATION and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. **2:17−CV−01732−TLN−KJN**<br><br>**ORDER GRANTING THE PARTIES' JOINT STIPULATION FOR AMENDMENT TO SCHEDULING ORDER** |

The Parties have filed a Stipulation to Amend the Pretrial Scheduling Order. The Court, having considered the grounds set forth in the parties' Joint Motion finds that the Motion is based in good cause, is well taken, and is hereby GRANTED. The Court hereby ORDERS that:

1. The Scheduling Order (ECF 33) entered on June 18, 2018 is amended to provide for the following changes:

    a. All discovery, with the exception of expert discovery, as described in Paragraph 4 of the Scheduling Order, shall be completed by August 15, 2019;

    b. All expert disclosures, as described in Paragraph 5 of the Scheduling Order shall be filed and served by October 11, 2019;

    c. All dispositive motions, as described in Paragraph 7 of the Scheduling Order shall be heard by **February 20, 2020**.

    d. The parties will engage in a one day mediation on or before September 13, 2019

1

with a private mediator, to be agreed upon by the parties, from either JAMS or AAA.  The cost of mediation will be split between the plaintiff and defendants.

       2.       All other deadlines established in the Scheduling Order remain intact.

**IT IS SO ORDERED.**

Dated: January 18, 2019

Troy L. Nunley
United States District Judge