Kathleen Gallagher, SBN 249062
Lauren Jones, SBN 293002
GALLAGHER JONES LLP
2945 Ramco Street, Suite 110
West Sacramento, California 95691
Telephone: 916.226.4470
Facsimile: 916.226.4471

Attorneys for **Plaintiff,**
**NEVADA FLEET LLC**

UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVADA FLEET LLC, a Nevada Limited Liability Company<br><br>Plaintiff,<br><br>v.<br><br>FEDEX CORPORATION and DOES 1 to 50, inclusive,<br><br>Defendants. | **Case No: 2:17-CV-01732**<br><br>**ORDER GRANTING THE PARTIES' JOINT MOTION FOR AMENDMENT TO SCHEDULING ORDER** |

      The Parties have filed a Stipulation to Amend Scheduling Order for Good Cause (the "Joint Stipulation"). The Court, having considered the grounds set forth in the Joint Stipulation, finds that the Joint Stipulation is based on good cause, is well taken, and is hereby GRANTED. The Court Hereby ORDERS as follows:

      1.    The Amended Pretrial Scheduling Order, dated November 25, 2019 (Dkt. No. 55), is amended as follows:

           a.    All discovery, with the exception of expert discovery, as described in Paragraph 4 of the June 18, 2018 Pretrial Scheduling Order (Dkt. No. 33), shall be completed by June 29, 2020;

           b.    All expert disclosures, as described in Paragraph 5 of the June 18, 2018 Pretrial Scheduling Order, shall be filed and served by August 3, 2020;

           c.    All dispositive motions, as described in Paragraph 7 of the June 18, 2018 Pretrial

Scheduling Order, shall be heard by **March 4, 2021**.

2. All other deadlines established in the June 18, 2018 Scheduling Order remain intact.

**IT IS SO ORDERED.**

DATED: February 6, 2020

_____
Troy L. Nunley
United States District Judge

APPROVED FOR ENTRY:

/s/
_____
Kathleen Gallagher
**GALLAGHER JONES LLP**
2945 Ramco St. Suite 110
West Sacramento, CA 95691
*Attorneys for Plaintiff*

/s/ (authorized by e-mail on 2/3/2020)
_____
Joshua A. Hillis, Esq.
**FEDERAL EXPRESS CORPORATION**
3620 Hacks Cross Rd., Bldg. B, 3rd FL
Memphis, TN 38125
*Attorney for Defendants*