**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NEVADA FLEET, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>FEDEX CORPORATION, et al.<br><br>Defendants. | Case No. **2:17−CV−01732−TLN−KJN**<br><br>JUDGE: Honorable Troy L. Nunley<br><br>**ORDER TO AMEND SCHEDULING ORDER FOR GOOD CAUSE** |

The Parties have filed a Joint Stipulation to Amend Scheduling Order for Good Cause (the "Joint Stipulation"). The Court, having considered the grounds set forth in the Joint Stipulation, finds that the Joint Stipulation is based on good cause, is well taken, and is hereby GRANTED. The Court hereby ORDERS as follows:

1. The Amended Pretrial Scheduling Order, dated February 7, 2020 (Dkt. No. 57), is amended as follows:

    a. All discovery, with the exception of expert discovery, as described in Paragraph 4 of the June 18, 2018 Pretrial Scheduling Order (Dkt. No. 33), shall be completed by September 30, 2020.

    b. All expert disclosures, as described in Paragraph 5 of the June 18, 2018 Pretrial Scheduling Order, shall be filed and served by November 13, 2020.

    **c.** All dispositive motions, as described in Paragraph 7 of the June 18, 2018 Pretrial Scheduling Order, shall be heard by **May 27, 2021.**

2. All other deadlines in the June 18, 2018 Scheduling Order remain intact.

DATED: May 1, 2020

Troy L. Nunley
United States District Judge