UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVADA FLEET, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>FEDEX CORPORATION, et al.<br><br>Defendants. | Case No. 2:17-CV-01732<br><br>**ORDER GRANTING STIPULATED JOINT REQUEST FOR MODIFICATION OF PRETRIAL SCHEDULING ORDER** |

The Parties have filed a Stipulated Request for Modification of Pretrial Scheduling Order (the "Joint Stipulation"). The Court, having considered the grounds set forth in the Joint Stipulation, finds that the Joint Stipulation is based on good cause, is well taken, and is hereby GRANTED. The Court hereby ORDERS as follows:

1. All discovery, with the exception of expert discovery, as described in Paragraph 4 of the June 18, 2018 Pretrial Scheduling Order (Dkt. No. 33), shall be completed by January 19, 2021.

2. All expert disclosures, as described in Paragraph 5 of the June 18, 2018 Pretrial Scheduling Order, shall be served by March 19, 2021.

3. All dispositive motions, as described in Paragraph 7 of the June 18, 2018 Pretrial Scheduling Order, shall be heard by August 19, 2021.

4. All other deadlines in the June 18, 2018 Scheduling Order remain intact.

**IT IS SO ORDERED.**

DATED: August 25, 2020

Troy L. Nunley
United States District Judge

- 1 -