UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVADA FLEET, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>FEDEX CORPORATION, et al.<br><br>Defendants. | No. 2:17-CV-01732-TLN-KJN<br><br>**ORDER GRANTING STIPULATED JOINT REQUEST FOR MODIFICATION OF PRETRIAL SCHEDULING ORDER** |

The Parties have filed a Stipulated Request for Modification of Pretrial Scheduling Order (the "Joint Stipulation"). The Court, having considered the grounds set forth in the Joint Stipulation, finds that the Joint Stipulation is based on good cause, is well taken, and is hereby GRANTED. The Court hereby ORDERS as follows:

1. All discovery, with the exception of expert discovery, as described in Paragraph 4 of the June 18, 2018 Pretrial Scheduling Order (Dkt. No. 33), shall be completed by March 19, 2021.

2. All other deadlines in the June 18, 2018 Scheduling Order remain intact.

**IT IS SO ORDERED.**

DATED: December 28, 2020

_____
Troy L. Nunley
United States District Judge

- 1 -