UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVADA FLEET, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FEDEX CORPORATION, et al.,<br><br>　　　　Defendants. | No.  2:17–cv–1732–TLN–KJN<br><br>ORDER ON PLAINTIFF'S MOTION TO COMPEL<br><br>(ECF No. 79.) |

　　　　On December 22, 2020, plaintiff filed a motion to compel further responses to its third set of requests for production of documents; the matter was set for a January 14, 2021 hearing.  (ECF No. 79.)  On January 7, the parties submitted their joint statement regarding the dispute, as required under Local Rule 251.  (ECF No. 82.)  After considering the parties' positions, the court vacated the hearing and issued a tentative ruling.  (ECF No. 83.)  The parties were ordered to confer on the court's position, then inform the court whether the tentative ruling resolved the dispute.  (ECF No. 83.)  On Wednesday, January 13, counsel for plaintiff wrote chamber's courtroom deputy, and indicated the parties "have agreed to submit to the Court's tentative ruling."  Accordingly, it is HEREBY ORDERED that:

1. Defendants' objections to plaintiff's request for production no. 2 (third set) are overruled. Defendants shall produce documents responsive to this discovery request, to the extent defendants possess such documents.

1

2. The court sustains defendants' objection to request for production no. 4 on proportionality grounds. Plaintiff's motion to compel on this discovery request is denied at this time. This denial is without prejudice, and so plaintiff may re-raise this argument later, if necessary.

Dated: January 13, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

neva.1732