# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVADA FLEET, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>FEDEX CORPORATION, et al.<br><br>Defendants. | Case No. 2:17-CV-01732-TLN-KJN<br><br>**ORDER GRANTING EX PARTE APPLICATION RE CLARIFICATION/EXTENSION OF DEADLINE TO AMEND COMPLAINT** |

Plaintiff Nevada Fleet, LLC ("Plaintiff") has filed an Ex Parte Application for an order clarifying and/or extending the deadline for Plaintiff to file an amended complaint to July 12, 2012. The Court, having considered the grounds set forth in the Application finds there is good cause for granting the Application. The Court hereby ORDERS as follows:

1. Plaintiff Nevada Fleet, LLC's deadline to file an amended complaint is set for Monday July 12, 2021; and

2. Per the Court's Order dated June 9, 2021, Defendants' responsive pleading is due twenty-one (21) days after Plaintiff files an amended complaint.

**IT IS SO ORDERED.**

DATED: July 9, 2021

Troy L. Nunley
United States District Judge