UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVADA FLEET LLC,<br><br>Plaintiff,<br><br>v.<br><br>FEDEX CORPORATION; FEDERAL EXPRESS CORPORATION; and DOES 2-50, inclusive,<br><br>Defendants. | No. 2:17-cv-01732-TLN-KJN<br><br><br>**ORDER** |

Plaintiff Nevada Fleet LLC ("Plaintiff") has filed a Request to seal the Second Amended Complaint (ECF No. 95) and file a proposed redacted Second Amended Complaint instead. (ECF No. 97.) The Court has carefully considered the Request and finds good cause to grant it. Accordingly, the Court hereby GRANTS Plaintiff's Request. (ECF No. 97.) The Clerk of the Court is directed to seal and remove public access to the Second Amended Complaint (ECF No. 95), and Plaintiff is directed to promptly file the proposed redacted Second Amended Complaint (attached to its Request as Exhibit A).

IT IS SO ORDERED.

DATED: July 30, 2021

Troy L. Nunley
United States District Judge

1