UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVADA FLEET LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION; AUTOMOTIVE RENTALS, INC.; DOES 1 to 50 inclusive,<br><br>Defendants. | Case No. 2:17-CV-01732-TLN-KJN<br><br>**ORDER GRANTING DEFENDANT AUTOMOTIVE RENTALS, INC.'S REQUEST TO FILE UNDER SEAL CERTAIN PORTIONS OF ITS MOTION FOR DISMISSAL UNDER RULE 12(B)(6) AND CERTAIN ATTACHED EXHIBIT WITH RESPECT TO NEVADA FLEET, LLC'S SECOND AMENDED COMPLAINT** |

Defendant Automotive Rentals, Inc. ("ARI") has filed a Request to File Under Seal certain portions of its Motion for Dismissal Under Rule 12(b)(6) and an Exhibit attached thereto in response to Plaintiff Nevada Fleet LLC's Second Amended Complaint (the "Motion to Dismiss"). Pursuant to Local Rule 141, the Court has carefully considered the Request and finds good cause to grant it. The Court hereby ORDERS as follows:

1. Defendant ARI may file under seal the identified portions of its Motion to Dismiss and attached Exhibit; and

2. Defendant ARI will file a redacted version of its Motion to Dismiss on the public docket.

DATED: August 20, 2021

_____
Troy L. Nunley
United States District Judge