UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVADA FLEET LLC, a Nevada Limited Liability Company,<br><br>        Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION; AUTOMOTIVE RENTALS, INC.; DOES 1 to 50 inclusive,<br><br>        Defendants. | Case No. 2:17-CV-01732-TLN-KJN<br><br>**ORDER GRANTING DEFENDANT FEDERAL EXPRESS CORPORATION'S REQUEST TO FILE UNDER SEAL CERTAIN PORTIONS OF ITS MOTION FOR DISMISSAL UNDER RULE 12(B)(6) AND CERTAIN ATTACHED EXHIBITS WITH RESPECT TO NEVADA FLEET, LLC'S SECOND AMENDED COMPLAINT** |

Defendant Federal Express Corporation ("FedEx") has filed a Request to File Under Seal certain portions of its Motion for Dismissal Under Rule 12(b)(6) and certain of the Exhibits attached thereto in response to Plaintiff Nevada Fleet LLC's Second Amended Complaint (the "Motion to Dismiss"). Pursuant to Local Rule 141, the Court has carefully considered the Request and finds good cause to grant it. The Court hereby ORDERS as follows:

1. Defendant Federal Express Corporation may file under seal the identified portions of its Motion to Dismiss and supporting Exhibits; and
2. Defendant Federal Express Corporation will file a redacted version of its Motion to Dismiss on the public docket.

DATED: August 20, 2021

                                            Troy L. Nunley
                                            United States District Judge