UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVADA FLEET LLC, a Nevada Limited Liability Company,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION; AUTOMOTIVE RENTALS, INC.; and DOES 1 to 50, inclusive,<br><br>    Defendants. | Case No. 2:17-CV-01732-TLN-KJN<br><br>**ORDER TO AMEND SCHEDULING ORDER FOR GOOD CAUSE** |

The Parties have filed a Joint Stipulation to Amend the Scheduling Order for Good Cause (the "Joint Stipulation"). The Court, having considered the grounds set forth in the Joint Stipulation, finds that the Joint Stipulation is based on good cause, is well taken, and is hereby GRANTED. The Court hereby ORDERS as follows:

1. The Amended Pretrial Scheduling Order dated June 18, 2018 (Dkt. No. 90) is amended as follows:

    a. All discovery, with the exception of expert discovery, as described in Paragraph 4 of the June 18, 2018 Pretrial Scheduling Order (Dkt. No. 33), shall be completed by March 31, 2022.

    b. All expert disclosures, as described in Paragraph 5 of the June 18, 2018 Pretrial Scheduling Order, shall be served by March 31, 2022.

    c. All rebuttal expert disclosures, as described in Paragraph 5 of the June 18, 2021 Pretrial Scheduling Order, shall be served by April 29, 2022.

    d. All dispositive motions, as described in Paragraph 7 of the June 18, 2018 Pretrial Scheduling Order, shall be heard by June 16, 2022.

    e. All other deadlines in the June 18, 2018 Scheduling Order remain intact.

**IT IS SO ORDERED.**

DATED: October 4, 2021

Troy L. Nunley
United States District Judge