# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVADA FLEET LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION; AUTOMOTIVE RENTALS, INC.; and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. 2:17-CV-01732-TLN-KJN<br><br>**ORDER GRANTING REQUEST TO SEAL UNREDACTED THIRD AMENDED COMPLAINT AND PERMITTING THE FILING OF A PROPOSED REDACTED THIRD AMENDED COMPLAINT** |

Plaintiff Nevada Fleet, LLC ("Plaintiff") has filed a Request for an order permitting Plaintiff to file the unredacted Third Amended Complaint under seal and file the proposed Redacted Third Amended Complaint in the public record. Having considered the grounds set forth in the Request finds there is good cause for granting the Request. The Court hereby ORDERS as follows:

1. The Clerk of Court is hereby ordered to seal the unredacted Third Amended Complaint; and

2. Plaintiff is directed to promptly file the Proposed Redacted Third Amended Complaint attached to its Request as Exhibit A.

**IT IS SO ORDERED.**

Dated:  April 25, 2022

Troy L. Nunley
United States District Judge

- 1 -