# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nevada Fleet, LLC, a Nevada Limited Liability Company,<br>　　　　　Plaintiff,<br><br>v.<br><br>FEDEX CORPORATION, et al.<br>　　　　　Defendants. | Case No.<br>**2:17−CV−01732−TLN−KJN**<br><br>JUDGE: Honorable Troy L. Nunley<br><br>**ORDER EXTENDING TIME TO RESPOND TO THIRD AMENDED COMPLAINT** |

　　The Parties have filed a Joint Stipulation and Proposed Order to extend the time for Defendants to respond to the Third Amended Complaint. The Court, having considered the grounds set forth in the Joint Stipulation, finds that the Joint Stipulation is based on good cause, is well taken, and is hereby GRANTED. The Court hereby ORDERS as follows:

　　1.　　Defendants' responsive pleading to the Third Amended Complaint shall be filed and served on or before May 31, 2022.

　　2.　　Defendants will notice any motions to dismiss according to the Court's available law and motion dates found on the Court's website. All briefing shall then be filed in accordance with Local Rule 230(c) and (d).

DATED: May 6, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge