UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVADA FLEET LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION; AUTOMOTIVE RENTALS, INC.; DOES 1 to 50 inclusive,<br><br>Defendants, | No. 2:17-cv-01732-TLN-KJN<br><br>**ORDER** |

Defendant Federal Express Corporation has filed a Request to File Under Seal certain portions of its Memorandum in Support of its Motion for Dismissal Under Rule 12(b)(6) ("Motion") of Plaintiff Nevada Fleet, LLC's ("NVF") Third Amended Complaint ("TAC"). Pursuant to Local Rule 141, the Court has carefully considered the Request and finds good cause to grant it.

///

1

The Court hereby ORDERS as follows:

1. Defendant Federal Express Corporation may file under seal the identified portions of its Memorandum in Support of its Motion to Dismiss.

2. Defendant Federal Express Corporation will file a redacted version of its Memorandum in Support of its Motion to Dismiss on the public docket.

IT IS SO ORDERED.

**DATED: June 1, 2022**

Troy L. Nunley
United States District Judge