UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NEVADA FLEET, LLC, a Nevada Limited Liability Company, | ) ) ) | Case No.  2:17-CV-01732 |
| Plaintiff, | ) ) | |
| v. | ) ) ) | **ORDER GRANTING STIPULATED JOINT REQUEST FOR MODIFICATION OF MOTION TO DISMISS OPPOSITION AND REPLY DEADLINES** |
| FEDEX CORPORATION, et al. | ) ) ) | |
| Defendants. | ) ) ) ) ) | |

The Court, having considered the grounds set forth in the Stipulated Joint Request for Modification of Motion to Dismiss Opposition and Reply Deadlines, finds there is good cause for granting the stipulation.  The Court hereby ORDERS as follows:

1. NVF to file its oppositions to the pending motions to dismiss by <u>July 1, 2022</u> for both oppositions.

2. ARI and FEDEX's replies are due 10 days later on <u>July 11, 2022</u>.

**IT IS SO ORDERED.**

Dated: June 21, 2022

_____
Troy L. Nunley
United States District Judge

- 1 -