UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVADA FLEET, LLC, a Nevada Limited Liability Company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FEDEX CORPORATION, et al.<br><br>　　　　Defendants. | Case No. 2:17-CV-01732<br><br>**ORDER GRANTING REQUEST TO SEAL** |

　　Plaintiff Nevada Fleet, LLC ("Plaintiff") has filed a Request for an order sealing an unredacted version of Plaintiff's Opposition to Federal Express Corporation's Motion to Dismiss the Third Amended Complaint, and permitting Plaintiff to file a redacted version of the same.

　　Finding good cause, the Court hereby GRANTS the Request.

　　**IT IS SO ORDERED.**

Dated: July 5, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

- 1 -