UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVADA FLEET LLC, | No. 2:17-cv-01732-DAD-KJN |
| Plaintiff, | |
| v. | ORDER GRANTING THE APPLICATION OF GABRIELLE WINSLOW TO APPEAR PRO HAC VICE FOR DEFENDANTS FEDERAL EXPRESS CORPORATION AND AUTOMOTIVE RENTALS, INC. |
| FEDERAL EXPRESS CORPORATION, et al., | |
| Defendants. | (Doc. No. 155) |

Attorney Gabrielle Winslow of the law firm Fox Rothschild has applied to appear *pro hac vice* for defendants Federal Express Corporation and Automotive Rentals, Inc.  (Doc. No. 155.) Attorney Winslow has demonstrated good standing in courts in the State of Illinois and has paid the fee for admission.  (*Id.*)  She has not concurrently or within the year preceding this application made a *pro hac vice* application to the court.  (*Id.*)  Her application is therefore approved, and the *pro hac vice* attorney is directed to request filing access through PACER.

IT IS SO ORDERED.

Dated:  **September 2, 2022**

                                          UNITED STATES DISTRICT JUDGE