UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVADA FLEET LLC,<br><br>            Plaintiff,<br><br>      v.<br><br>FEDEX CORPORATION, et al.,<br><br>            Defendants. | No.  2:17-cv-01732-DAD-CSK<br><br>ORDER NOTIFYING PLAINTIFF THAT IT FILED MOTION FOR VOLUNTARY DISMISSAL OF APPEAL ON THE DISTRICT COURT'S DOCKET<br><br>(Doc. No. 265) |

On May 13, 2026, plaintiff filed a motion for voluntary dismissal of its appeal pursuant to Federal Rule of Appellate Procedure 42(b).  (Doc. No. 265.)  This court does not have jurisdiction to grant plaintiff's motion in this regard.  *See* Fed. R. App. P. 42 (permitting dismissal by the district court prior to the appeal being docketed by the circuit clerk but otherwise requiring the filing of a stipulation or motion on the appellate docket).  A review of the Ninth Circuit's appellate docket in this case reveals that plaintiff has failed to file its motion for voluntary dismissal on that docket.  *Nevada Fleet, LLC v. FedEx Corporation, et al.*, No. 26-2486.  Plaintiff's motion (Doc. No. 265) is therefore denied as improperly filed in the district court.

IT IS SO ORDERED.

Dated:   **May 28, 2026**                     _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

1